United States District Court
Florida

Jessie Lozano Pro-se

v.

Horizon Health Inc
Yes Care Inc

2:23cv325-JES-NPM

Case No: 2:20-cv-447-JLB-KCD

FILED
2023 MAY -9   AM 11:40

42 USC Sec 1997a Initiation
of Civil Action

Now comes now Petitioner Jessie Lozano Pro-se in
the above style humbly asking this Court to contact
the Attorney General to inform it that I am being
deprived of my Civil Rights in where I have suffered
Excessive force Nerve Damages (Major Bodily Harm) by Officer
Matthew Heini and Michael Branscum and both Charlotte
County Jail Staff Major L Wilson and Captain Tabbitha
Carter Stripped me naked June 8 2021 then threw me
in confinement After this court Emailed Standing Order
of my attempt to report, and even with numerous PREA
reports I was still ignored (PREA Request# 9079189; 9079450;
9079480) Charlotte County Sheriffs Office Jail Detective Nathan
Edwards and Internal Affairs Sgt Cochran and Sgt Nikki Wagner

have also abandoned their post ignoring my every attempt to File a Formal Report and or charges (SEE: Jail Detective Request # 7346636; 7352650; 9093749; 9071396; 9093859; 9002782; 9038898; 9044594)

A system has been built by CCJ, CCSO, and Corizon Health. I suffer Excessive Force. CCJ Staff file their own report leaving out what happened to me Violating Florida Minimum Jail Standards. I try to file a report with Charlotte County Sheriffs Office Via Jail Detective Request with Detectives J. Resty, N. Edwards, M. Chandler they direct you back to CCJ's Staff or close without Response. Corizon Health Inc denys Medical Attention Saying No One reported anything creating their own version of what happened. But PREA, JDR, Grievance and Sick Call slips (EVIDENCE) proves what really happened.

Crimes are being Committed against me such as Mail Fraud, Kosher Meals Tampered with, Money Stolen from my Account by Fraud, Legal Mail being Altered, Hindered, and or Destroyed, Not being allowed by CCJ and CCSO above stated staff to report file formal report non of the above for years now.

JCA #60369

## Conclusion

Please help me by reporting to proper Authorities for anything I wrote to FBI, FDLE, USPS is being intercepted and distroyed. Major Wilson, Captain Carter, Detective N. Edwards I feel are behind it so they dont get investigated and or charged.

## Oath

I Swear under the penalty of perjury that these statements to USDC and Attorney General were made in truth and in good faith this 5th day of May 2023

State of Florida
County of _Charlotte_
Sworn to (or affirmed) and subscribed before me by
means of ☒ physical presence OR ☐ online notarization
this ___ day of ___May___, 2023
by _____ Jessie Lozano _____.

(Signature of Notary Public)
_Jennifer L. Jordan_
(Print Name of Notary Public)
Personally known ☐ OR produced identification ☒
Type of Identification Produced ___ FDL DL ___

Jessie Lozano
Jessie Lozano Pro-Se
36601 Airport Road
Punta Gorda, Fl. 33982

JENNIFER L. JORDAN
MY COMMISSION # HH 133898
EXPIRES: June 30, 2025
Bonded Thru Notary Public Underwriters

# Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been furnished on the following via USPS hand delivered: USDC @ 2110 First Street, Rm 2-194, Fort Myers, Florida 33901; Attorney General @ 950 Pennsylvania Avenue NW, Rm 5616, Washington DC 20530, on this 5th day of May 2023 along with Toomey law firm @ 1625 Hendry St. Suite 203. Ft. Myers. Fl. 33901

Jose Lozano

IA# 60369

26601 Airport Road

Punta Gorda. Fl. 33982

JCA #60369

/4/

JCA #60369   PRO SE